FILED

2010 OCT 18 A 2: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF ARIZONA

October 13, 2010
Marc S Bosco
2525 East Camelback Road
Phoenix, AZ 85016-4237

RE: CaseNumber     4:10-bk-15271-EWH
Property address:     3631 S Belmar Ave, Tucson, AZ 85713
Name:     Jesus Trujillo

### Attn: Attorneys for Movant/US Bankruptcy Court

Due to the Respondents inability to communicate in English they have requested that this letter of response be written/translated on their behalf. They are expressing and communicating their objection to the request for relief from the automatic stay as per the copy they are in receipt of.

The objection comes as a result of the information they possess and what has been presented to request such relief as follows:

1. Paragraph 2 states the movant is seeking relief in order to contact borrowers to negotiate a "work-out" (forbearance, Loan Modification, Refinance Agreement or other Loss Mitigation Agreement) CitiMortgage after months of providing documents and such for the above "work-out" possibilities have informed the respondents that they DO NOT qualify for any program.

2. Paragraph 4 (page 2) states Debtors have no equity in the Property the property is worth anywhere from $60,000 - $90,000 and their current balance is around $25,000.00 with CitiMortgage they have been making payments for 14 years (for the second mortgage is being discharged in the Bankruptcy.

3. Item II Factual Background (page 2 paragraph 5 ending in page 3) the respondents ask the court as well as all involved to give careful consideration to the statement called "factual" in this paragraph and its attachment that should prove the fact. The statement "Standard Federal Bank a Federal Savings Bank executed an Endorsement transferring the Promisory Note to CitiMortgage, Inc" is indeed not a true statement for CitiMortgage makes a statement on the "Affidavit of Lost Assignment" (item #3) **"Based upon diligent search of the property records and the records of Affiant, it appears that the Assignment of Mortgage from Standard Federal Bank, A**

**Federal Savings Bank, 2600 W BIG Beaver Rd, Troy, MI 48084 ("Grantor/ Assignor) to CitiMortgage, Inc., 4050 Regent Blvd, Mail Stop N2A-222, Irving, TX 75063 ("Grantee/Assignee") was never recorded and inadvertently not completed, and it is not now obtainable for the following reasons, to wit: ORIGINAL LOST AND NEVER RECORDED.**

4. Page 3 2 paragraph, recording of assignment again this was no assignment but an admission that one does not exist.

5. Paragraph 4 (page 3) a figure of 6 monthly payments is used from May to October attached please find copies of our payments made for those months and the only month we are still missing is the month of June (a far cry from 6 payments).

**Respondents conclusion:** If we were to come to a court of law and blatantly lie like this we would be found guilty and then punished, how can a representative of the court "lawyers" and of our laws put such lies in writing, I guess the assumption is made that since there is ignorance in interpreting such documents we will not have a defense. We signed an agreement to pay and a note was executed in the name of Standard Federal Bank, while we agreed that the "servicing" of our contract could be transferred by assignment of that note there has not been evidence of such assignment and by CitiMortgage's own admission there will not be. Still with this knowledge we have continued to pay but we ask the court to consider the FACTS and deny the request.

Respectfully,

*[signature]*
Felipe and Herminia Sigala

By Roschelle Fox

```
F ANN RODRIGUEZ, RECORDER          DOCKET:         13853
RECORDED BY  HEM                   PAGE:             137
             DEPUTY RECORDER       NO. OF PAGES:       1
             2057        ES4       SEQUENCE:  20101370058
W                                              07/19/2010
ORION FINANCIAL GROUP INC          AFF              10:30
M E WILEMAN
2860 EXCHANGE BLVD 100             MAIL
SOUTHLAKE TX  76092                AMOUNT PAID  $   10.00
```



Return To: M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100      **AFFIDAVIT OF LOST ASSIGNMENT**
Southlake, TX 76092

BE IT KNOWN that on this 07/09/2010, before me, the undersigned authority, a Notary Public duly commissioned and qualified in and for the State and County aforesaid, personally came and appeared M. Mathews who, upon being duly sworn, did depose and state as follows:

1. That he/she is the Vice President of/ for CITIMORTGAGE, INC. , ("Affiant") and is duly authorized to execute this Affidavit of Lost Assignment ("Affidavit") in such capacity; and

2. That Affiant is the holder, owner and/or servicer of that certain loan or obligation evidenced by a certain promissory note (the "Note") and mortgage, Deed of Trust or Deed to Secure Debt (the "Mortgage") identified as follows:
   Date of Note: 2/22/1996
   Original Principal Amount: $ 42,000.00
   Original Borrower: FELIPE SIGALA; AND HERMINIA SIGALA, HUSBAND & WIFE
   Original Mortgagee: STANDARD FEDERAL BANK, A FEDERAL SAVINGS BANK
   Mortgage/Deed of Trust Recording Date: 2/27/1996
   Docket 10239 Page 2131
   County: Pima          State: AZ
   Property Address: 3631 S BELMAR AVENUE, TUCSON, AZ 85713

3. Based upon a diligent search of the property records, and the records of Affiant, it appears that the Assignment of Mortgage from STANDARD FEDERAL BANK, A FEDERAL SAVINGS BANK , 2600 W. BIG BEAVER RD., TROY, MI 48084 ("Grantor/Assignor") to CITIMORTGAGE, INC. , 4050 Regent Blvd., Mail Stop N2A-222, Irving, TX 75063 ("Grantee/Assignee") was never recorded and inadvertently not completed, and it is not now obtainable for the following reasons, to wit:
   ORIGINAL LOST AND NEVER RECORDED

4. That the purpose of this Affidavit is to establish such facts.

SIGALA  OFG1 *10025115*

CITIMORTGAGE, INC.

By: _____
M. Mathews, Vice President

State of Texas, County of Tarrant
On the 07/09/2010 before me, the undersigned, a Notary Public in and for said State, personally appeared M. Mathews, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature(s) on the instrument, the individual(s), or the person upon behalf of which individual(s) acted, executed the instrument.

Notary Public, J. Flores
My Commission Expires: October 28, 2013

J. FLORES
Notary Public, State of Texas
My Commission Expires
October 28, 2013

Witness: M. Arndt                    Witness: T. Peatrowsky

Exhibit "C"

## MONEY ORDER RECEIPT - NON NEGOTIABLE

*Pago de la Casa.*

Need to send money? NEW REDUCED prices for Western Union Money Transfer transaction sends within the U.S. from participating Agent locations. Fees as low as $8 for sends up to $200!

AGT 764799 LOC 000001 DT 041310 $437.93 4HUNDRED37DOLLARS AND 93CENTS

* 14029903329 *

---

## MONEY ORDER RECEIPT - NON NEGOTIABLE

*Pago de la Casa 671.55    4-30-10*

Need to send money? NEW REDUCED prices for Western Union Money Transfer transaction sends within the U.S. from participating Agent locations. Fees as low as $8 for sends up to $200!

AGT 754370 LOC 000001 DT 043010 $621.55 6HUNDRED21DOLLARS AND 55CENTS

* 14049764287 *

---

## MONEY ORDER RECEIPT - NON NEGOTIABLE

*Pago de Casa Mes de Julio   7-01-*

*7-28-10*

Need to send money? NEW REDUCED prices for Western Union Money Transfer transaction sends within the U.S. from participating Agent locations. Fees as low as $8 for sends up to $200!

AGT 764799 LOC 000001 DT 072910 $437.93 4HUNDRED37DOLLARS AND 93CENTS

* 14049769033 *

10/19/2010

Copies of the foregoing were mailed/faxed on October 13, 2010

Mark S Bosco
Leonard J McDonald
Facsimile (602) 253 0176
2525 E Camelback Road
Phoenix, AZ 85016

U S Bankruptcy Court
38 S Scott Ave
Tucson, AZ 85701

Beth Lang
1955 West Grant Rd., Ste. #125
Tucson, AZ 85745

U. S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706